# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153635

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                     SC: 153635
                                     COA: 330017

DWAN CHATMAN,
        Defendant-Appellant.
                                     Wayne CC: 01-009554-FC

_____/

On order of the Court, the application for leave to appeal the March 24, 2016 order of the Court of Appeals is considered. With regard to the defendant's claim of new evidence, leave to appeal is DENIED because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). In all other respects, leave to appeal is DENIED because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



a1212

                                   Clerk